■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TECRETTE GIST, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered May 31, 2006. The judgment convicted defendant, upon her plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.